# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**SIKHS FOR JUSTICE, et al.,**
       Plaintiffs,

v.                                           Case No. 13-CV-00723

**SUKHBIR SINGH BADAL, and**
**PARKASH SINGH BADAL,**
       Defendants.

---

## DECISION AND ORDER

Plaintiffs filed this case on June 26, 2013. Pursuant to Fed. R. Civ. P. 4(m) plaintiff had 120 days from filing within which to effect service of the complaint upon the defendants. That time period has now expired, yet no proof of service has been submitted to the court. As no service appears to have been effected within the 120-day period, Rule 4(m) and Civil L.R. 41(a) allow me to dismiss the case without prejudice upon my own initiative after twenty days notice to the plaintiff. This order gives plaintiffs that notice and will allow them a brief extension to secure service and file appropriate proof thereof.

**THEREFORE IT IS ORDERED** that plaintiffs have 21 days from the date of this order (until November 21, 2013) within which to serve defendants <u>and</u> file proof of that service with the clerk of court. Plaintiffs are hereby put on notice that if they fail to comply with this order this case will be dismissed.

Dated at Milwaukee, Wisconsin, this 31st day of October, 2013.

                                                     s/ Lynn Adelman
                                                     _____
                                                     LYNN ADELMAN
                                                     District Judge