UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**SIKHS FOR JUSTICE, et al.,**
    Plaintiffs,

  v.              Case No. 13-CV-00723

**SUKHBIR SINGH BADAL, and**
**PARKASH SINGH BADAL,**
    Defendants.

---

## DECISION AND ORDER

Plaintiffs filed this case on June 26, 2013. Pursuant to Fed. R. Civ. P. 4(m) and Civil L. R. 41 plaintiffs had 120 days from filing within which to effect service of the complaint upon the defendants. That time period has expired, yet no proof of service was submitted to the court. In an order on October 31, 2013, I allowed plaintiffs an extension of the period for service and warned them that I would dismiss the case if proof of service upon defendants was not filed by November 21, 2013. To date, no proof of service has been filed. Federal Rule of Civil Procedure 4(m) and Civil L. R. 41 thus allow me to dismiss the case.

**THEREFORE IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure of service.

Dated at Milwaukee, Wisconsin, this 23rd day of November 2013.

              s/ Lynn Adelman

              _____
              LYNN ADELMAN
              District Judge